UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 11 B 31750 |
|---|---|
|  | CHAPTER 13 |
| TROY FRANCHOIS ARRINGTON |  |
| THERESA ARRINGTON | JUDGE JANET S BAER |
|  |  |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BANK OF AMERICA NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 32 | 873422772 81 WINSLOW | $6,878.06 | $6,878.06 | $6,878.06 |
| Total Amount Paid by Trustee |  |  |  |  | $6,878.06 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit         **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-31750-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 2nd day of July, 2014.

Debtor:
TROY FRANCHOIS ARRINGTON
THERESA ARRINGTON
81 WINSLOW ST
PARK FOREST, IL  60466

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
BANK OF AMERICA NA
7105 CORPORATE DRIVE
MS TX2-982-0303
PLANO, TX  75024

Mortgage Creditor:
BANK OF AMERICA NA
7105 CORPORATE DRIVE
MS TX2-982-0303
PLANO, TX  75024

Mortgage Creditor:
BANK OF AMERICA NA
% CLERK CHANCERY
50 W WASHINGTON ST RM 802
CHICAGO, IL  60602

Mortgage Creditor:
BANK OF AMERICA NA
% WIRBICKI LAW
33 W MONROE ST #1140
CHICAGO, IL  60603

ELECTRONIC SERVICE - United States Trustee


Date:  July 02, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603